An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL BRITON MORRIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66831

**FILED**

DEC 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the order for revocation of probation and amended judgment of conviction entered on September 17, 2014, the notice of appeal is untimely filed. *See* NRAP 4(b)(1)(A) (prescribing a 30-day appeal period from the entry of order). Further, it does not appear from the district court docket and minute entries that the district court has entered any other appealable order. We therefore lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."), and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-39894

cc:    Hon. Douglas Smith, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Michael Briton Morris